

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-22-00039-CR

## IN RE LUIS ROMERO

_____

## Original Proceeding

_____

## From the 18th District Court
## Johnson County, Texas
## Trial Court No. DCF202100120

_____

## MEMORANDUM OPINION

_____

Luis Romero, acting *pro se*, has filed an "Application for Writ of Mandamus" in which he requests that this Court order the trial court judge to grant his *pro se* pretrial application for writ of habeas corpus. Romero states that he filed his application for writ of habeas corpus on December 27, 2021, seeking relief to which he is entitled, but that the trial court judge refuses to rule or hold a hearing on the application.

The Court has now been provided a copy of the trial court's ruling on Romero's application for writ of habeas corpus. Because a ruling has been made, Romero's "Application for Writ of Mandamus" is dismissed as moot.

Likewise, Romero's "Motion to Produce," filed in this Court on May 11, 2022, is dismissed as moot.

MATT JOHNSON
Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Petition dismissed
Opinion delivered and filed June 22, 2022
Do not publish
[OT06]

